IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-749-EWN-BNB

THE TRAVELERS INDEMNITY COMPANY OF AMERICA, a Connecticut corporation, as subrogee of Providence Ice Center, Ltd.,

Plaintiff,

v.

R.C. HEATH CONSTRUCTION CO. and
CHIEF INDUSTRIES, INC.,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Motion to Amend Answer** (the "Motion"), filed on August 30, 2005.

IT IS ORDERED that the Motion is GRANTED, and the Clerk of the Court is to accept the proposed Amended Complaint for filing.


DATED: September 7, 2005