IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00749–EWN–BNB

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,
a Connecticut corporation,
as subrogee of Providence Ice Center, Ltd.,

      Plaintiff,

v.

R.C. HEATH CONSTRUCTION CO. and
CHIEF INDUSTRIES, INC.,

      Defendants.

## ORDER FOR DISMISSAL WITH PREJUDICE

EDWARD W. NOTTINGHAM, Judge
Teri Bates, Secretary

      THIS MATTER having come before the Court upon the parties' Stipulation for Dismissal with Prejudice, and the Court having reviewed said Stipulation and otherwise being fully advised in the premises;

      **HEREBY ORDERS** that the parties Stipulation for Dismissal is **GRANTED** and this matter is dismissed with prejudice.

Dated this 17th day of October, 2005.

                                                  BY THE COURT

                                                  /s/ Edward W. Nottingham
                                                  Edward W. Nottingham
                                                  United States District Judge

-2-